■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALVIN FULTON, JR., Also Known as SHAIK S., Also Known as SHAIKH S. ABDMUQTADIR, Appellant. [993 NYS2d 524]—Motion for reconsideration denied. Present—Scudder, P.J., Centra, Peradotto and Carni, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARVIN D. VASSAR, Appellant. [993 NYS2d 524]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Lindley, Valentino and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLEOTIS MERCER, Appellant. [993 NYS2d 523]—Motion seeking renewal of direct appeal denied. Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES F. CAHILL, III, Appellant. [993 NYS2d 524]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Fahey and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY R. THOMAS, Appellant. [993 NYS2d 524]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Whalen and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN M. CAMPBELL, Appellant. [993 NYS2d 524]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Fahey, Peradotto and Carni, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LORCEN BURROUGHS, Appellant. [993 NYS2d 524]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Fahey, Carni and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES S. COBB, Appellant. [993 NYS2d 524]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Fahey, Peradotto and Whalen, JJ.